UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CIERRA DOBARD, *et al.* | CIVIL ACTION |
| VERSUS | NO. 23-1433 |
| MOF-PRESERVATION OF AFFORDABILITY CORP., *et al.* | SECTION M (2) |

**ORDER**

Considering the joint motion of plaintiffs Cierra Rousseau-Dobard, Michael Dobard, Brittany Harris, Nicole Jones, Chelsi Nora, and Beverly Williams (collectively, "plaintiffs") and defendant Housing Authority of New Orleans ("HANO") to dismiss party without prejudice (R. Doc. 12),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that all of plaintiffs' claims against HANO in the captioned matter are dismissed, without prejudice, with each party to bear his, her, or its own costs. Plaintiffs specifically reserve all rights to prosecute claims and/or actions against all other defendants, solidary obligors, and other persons and/or entities named or not named herein.

New Orleans, Louisiana, this 5th day of July, 2023.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE