**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CIERRA ROUSSEAU-DOBARD, ET AL.** | **CIVIL ACTION** |
| **Plaintiffs** | **NO.  2:23-cv-01433** |
| *versus* | **JUDGE BARRY W. ASHE** |
| **MOF-PRESERVATION OF AFFORDABILITY CORP., ET AL.** | **MAG. JUDGE DONNA PHILLIPS CURRAULT** |
| **Defendants** | |

### *EX PARTE* MOTION TO SET STATUS CONFERENCE

**NOW COME** Defendants, MOF-Preservation of Affordability Corp., MOF-Willows, LLC, PAC Housing Group, LLC, and GMF-Parc Fontaine, LLC, who respectfully request that the Court set a Status Conference to discuss a potential settlement in this matter. Undersigned counsel has been in contact with Plaintiffs' counsel who consents to the filing of this Motion.  Undersigned counsel will assist the Court in organizing a date acceptable to the Court and the parties.

**WHEREFORE,** Defendants, MOF-Preservation of Affordability Corp., MOF-Willows, LLC, PAC Housing Group, LLC, and GMF-Parc Fontaine, LLC, respectfully requests that this Honorable Court set a date and timefor the parties to appear for a Status Conference to discuss a potential settlement in this matter.

Respectfully submitted,

*/s/ Nicholas S. Bergeron*
ERNEST P. GIEGER, JR. (No. 6154)
EMILY E. EAGAN (No. 29166)
NICHOLAS S. BERGERON (No. 37585)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139
Telephone:      (504) 561-0400
Facsimile:      (504) 561-1011

1

Email:      egieger@glllaw.com
                  eeagan@glllaw.com
                  nbergeron@glllaw.com
*Attorneys for MOF-Preservation of Affordability Corp., MOF-Willows, LLC, PAC Housing Group, LLC, and GMF-Parc Fontaine, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via the Court's electronic case management system on this 24th day of September, 2024.

*/s/ Emily E. Eagan*
EMILY E. EAGAN

2