## <u>CONFIDENTIAL STAY AGREEMENT AND</u>
## <u>MEMORANDUM OF UNDERSTANDING</u>

This Confidential Stay Agreement ("Agreement") is entered into by and between Plaintiffs, Michael Dobard, Cierra Rousseau-Dobard, Brittany Harris, Nicole Jones, Chelsi Nora, Beverly Williams, Brittany Williams, Jasmine Randall, Winifred Boyd, Tashane Gordon, Amy Toledano, Erica Toledano, Gladys Dedrick, Marvette Johnson, Leotis Johnson, Tierra Slack, Adrienna Jackson, and Elise Felix ("Plaintiffs") and MOF-Preservation of Affordability Corp., MOF-Willows, LLC, Pac Housing Group, LLC, and GMF-Parc Fontaine, LLC ("MOF-Defendants"), (collectively, the "Parties").

## <u>RECITALS</u>

**WHEREAS**, Plaintiffs have resided at the Willows Apartments located at 7001 Lawrence Road, Louisiana (the "Willows" or the "Property") and entered into leases regarding same;

**WHEREAS**, Plaintiffs have been subject to conditions at the premises which they allege breach the lease and law obligations of the MOF-Defendants;

**WHEREAS**, Plaintiffs have filed a lawsuit captioned *Cierra Rousseau-Dobard, et al v. MOF-Preservation of Affordability Corp., et al.* United State District Court, Eastern District to Louisiana, No. 23-1433 ("Lawsuit") on behalf of themselves and all others similarly situated asserting that MOF-Defendants have breached the subject lease(s), among other things ("Claims");

**WHEREAS**, the Parties now wish, in good faith, without any admission of liability, to enter into a stay to allow for the sale of the subject property after which, the contemplated settlement of all claims shall be presented to the Court in accordance with applicable procedure and law;

The Parties agree as follows:

1.   **Stay.** The Parties agree to cease all litigation activity for a period of three (3) months beginning October 24, 2024, to allow for the sale of the Willows to an uninterested third-party. That time period may be extended for another period of three (3) months by agreement of the parties.

2.   **Contemplated Settlement.**

(A)   The Parties, without binding, enumerate the following understanding of the contemplated settlement of any and all rights, claims, demands, suits, obligations, liens, remedies or causes of action, of whatever nature whatsoever, of the putative class against the MOF-Defendants, subject to the Federal Rules of Civil Procedure, the approval of the Court, and the addition of more fulsome terms regarding same. Likewise, this contemplated settlement is subject to the approval of the parties, including defendants and class representatives. The terms of the contemplated settlement are as follows:

(1)   The Property shall be sold to a nonaffiliated third-party;

(2)   The Parties shall consent to the certification of the subject class to include all lessees of the Willows from 2018 to present. Any remaining claims may be dismissed only upon proper notice and/or approval of the Court;

a. It is contemplated that this Agreement applies not only to the 2018-present sub-class, but also to any remaining putative claims to the extent that the agreement provides that such claims shall be dismissed in accordance with (2) above.

(3)   MOF-Defendants shall provide three million dollars ($3,000,000) in compensation for class;

(4)   MOF-Defendants shall provide $50,000 for the purpose of administration of the class settlement;

(5)   Plaintiffs shall assume liability for any liens of the Housing Authority of New Orleans which arise from the settlement funds; and

(6)   MOF-Defendants shall be responsible for mediation costs.

4.   **Governing Law.** This Agreement shall be construed and interpreted in accordance with the laws of the State of Louisiana, without giving effect to the conflict of law principles thereof.

5.   **Severability.** Any provision of this Agreement that is prohibited or unenforceable, or is held by a court to be void or unenforceable, in any jurisdiction shall, as to such jurisdiction, be ineffective to the extent of such prohibition or unenforceability without invalidating the remaining provisions, and any such prohibition or unenforceability in any jurisdiction shall not invalidate or render unenforceable such provision in any other jurisdiction.

NEW ORLEANS, LOUISIANA, THIS 17TH DAY OF DECEMBER, 2024.

_____
Jacob D. Young, LA Bar# 34845
Of
CHEHARDY SHERMAN WILLIAMS
One Galleria Blvd., Suite 1100
Metairie, LA 70001
Telephone: (504) 833-5600
Telefax: (504)336-2013
jdy@chehardy.com
*Attorneys for Plaintiffs*

Dated: _13.17.24_

_____
Emily Eagan, LA Bar #29166
Of
GIEGER LABORDE LAPEROUSE
701 Poydras Street, Suite 4800
New Orleans, LA 70139
Telephone: (504) 561-0400
Fax: (504) 561-1011
eeagan@glllaw.com
*Attorneys for MOF-Defendants*

Dated: _12/17/24_