| | |
|---|---|
| **From:** | Jacob Young |
| **To:** | Emily Eagan; Megan Kiefer; Nick Bergeron |
| **Cc:** | Terri M. Thomas; Michael Swanson; burns@pdmbllc.com |
| **Subject:** | RE: Dobard |
| **Date:** | Tuesday, August 12, 2025 8:16:00 PM |

Emily,

Your understanding reflects our own.

Excited to bring this to a resolution, as well. I appreciate the way you, and Nick, have approached this throughout. This was/is a case about which we had strong feelings. It has gone smoother due to the quality of our counterparts.

I am available most of the day on Friday and next Monday. Let me know if there is a best time to have a call.

Thanks, Jacob

Jacob D. Young

HERMAN & YOUNG

1200 Energy Centre

1100 Poydras Street

New Orleans, Louisiana 70163

O: 504.238.5050

D: 504.321.0577

F: 504.321.0576

jacob@hermanandyoung.com

**From:** Emily Eagan <eeagan@labordesiegel.com>
**Sent:** Tuesday, August 12, 2025 5:29 PM
**To:** Jacob Young <jacob@hermanandyoung.com>; Megan Kiefer <megan@kieferlaw.com>; Nick Bergeron <NBergeron@labordesiegel.com>
**Cc:** Terri M. Thomas <tthomas@labordesiegel.com>; Michael Swanson

<mswanson@labordesiegel.com>; burns@pdmbllc.com
**Subject:** Dobard

Jacob and Megan,

I just heard from Bubby that we have a deal!  I am very excited.

I understand our deal to be as set forth in the attached 12/17/24 MOU, **plus** an additional payment of $150,000.  The additional payment is in lieu of and in resolution of any of the issues left open in the MOU.  The total amount of the settlement will be $3,200,0000 ($3 million, $50 thousand for administrative costs, $150 thousand new money) in full and final settlement of all claims.

I know we now have task of seeking court approval and then you will have to distribute the funds.  Let's discuss the best ways to go about that whenever you can.  I am happy to take the laboring oar on moving the Court for approval.  You guys have done enough!

Let's chat in the near future.  Thank you for all your efforts and the tremendous professionalism you have shown throughout the process.  Finish line in sight.

Emily

_____
**Emily E. Eagan**
**Member**
**LABORDE SIEGEL LLC**
New Orleans | Houston | Biloxi
Direct Dial: 504-654-1373
Facsimile: 504-561-1011
www.labordesiegel.com