## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CIERRA ROUSSEAU-DOBARD, ET AL.** | **CIVIL ACTION** |
| **Plaintiffs** | **NO. 2:23-cv-01433** |
| *versus* | **JUDGE BARRY W. ASHE** |
| **MOF-PRESERVATION OF AFFORDABILITY CORP., ET AL.** | **MAG. JUDGE DONNA PHILLIPS CURRAULT** |
| **Defendants** | |

## DECLARATION OF JACOB D. YOUNG

1.     My name is Jacob D. Young. I am over the age of majority, provide this declaration voluntarily, and it is based on personal knowledge.

2.     I am a partner in the law firm Herman & Young and am one of counsel of record representing Plaintiffs in the above-styled lawsuit.

3.     I am a licensed attorney in good standing with the State of Louisiana since 2012 and have not been subject to any attorney discipline or disciplinary proceedings.

4.     This is a class action lawsuit on behalf of tenants of The Willows apartment complex located at 7001 Lawrence Rd., New Orleans, Louisiana (the "Willows") from 2014 to June 11, 2025 who suffered from substandard living conditions at the complex.

5.     I am familiar with the details of the proposed settlement class and the proposed settlement terms, including the potential criteria, allocations, and distribution.

6.     I am knowledgeable regarding the proposed settlement's proposed distribution which shall serve to reimburse putative class members for a portion of their respective rental payments during the class period. The proposed settlement contemplates a disbursement

calculation which shall follow objective criteria including the rental amounts paid and period of occupancy.

7.    In addition to the foregoing, I attest to the facts contained with Exhibit G to the parties' Joint Motion for Certification for the Class for Settlement Purposes Only, Preliminary Approval of Settlement Appoint of Claims Administrator, Approval of the Form and Manner of the Combined Class Certification Opt-out and Settlement Notice, Approval of Proof of Claim Form and Preliminary Schedule, and Appointment of Class Representatives and Class Counsel.

8.    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

JACOB D. YOUNG,
*Attorney for Plaintiffs and Settlement Class*

Date:   March 23, 2026