### EXHIBIT E – PROPOSED SUMMARY CLASS NOTICE
### SUMMARY CLASS NOTICE

> **If you sustained damages as a direct result of the living conditions The Willows apartment complex (7001 Lawrence Road, New Orleans, Louisiana 70126) at any time between January 1, 2014 and June 11, 2025, you may benefit from a proposed Class-Action Settlement.**

### READ THIS NOTICE CAREFULLY. YOUR LEGAL RIGHTS MAY BE AFFECTED WHETHER YOU ACT OR DO NOT ACT.

*The United States District Court for the Eastern District of Louisiana authorized this notice. This is not a solicitation from a lawyer.*

A Class-Action Settlement has been reached in a lawsuit against MOF-Preservation of Affordability Corp., MOF-Willows, LLC, Pac Housing Group, LLC, and GMF-Parc Fontaine, LLC ("MOF-Defendants"), (collectively, "Defendants") regarding damages allegedly sustained by individuals as a direct result of the living conditions at the Willows apartment complex at any time between January 1, 2014 and June 11, 2025 (the "Settlement"). The Settlement, summarized herein, may affect your rights. For additional information, including the Longer Notice of Settlement and the Settlement Agreement and Release with the precise terms and conditions of the Settlement, please see [INSERT SETTLEMENT WEBSITE] or call [INSERT SETTLEMENT PHONE NUMBER]. You may also access the Court docket in this case by visiting the office of the Clerk of the Court for the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130. The case is called *Cierra Rousseau-Dobard, et al. versus MOF-Preservation of Affordability Corp., et al.,* Civil Action No. 2:23-cv-01433. **Please do not telephone the Court or the Court Clerk's Office to inquire about the Proposed Settlement or the claim process.**

In the Class Action lawsuit, Plaintiffs allege that they have been damaged by the living conditions at the Willows apartment complex between January 1, 2014 and June 11, 2025 . More specifically, Plaintiffs allege that they experienced water leaks, mold, rodent infestation, dilapidated and failing building structures, lack of maintenance, severe crime, lack of security, and lack of cleanliness. Defendants vigorously deny all of these allegations and claims of wrongdoing. Plaintiffs and Defendants have agreed to the Settlement to avoid the risk and expense of further litigation.

You are a member of the Class if you leased residential property at The Willows apartment complex and sustained damages as direct result of the living conditions at the Willows apartment complex at any time between January 1, 2014 and June 11, 2025. The Proposed Settlement is anticipated to provide each Class Member with a cash award in progressive amounts ranging between $7.09 and $177.90 per unit, per month leased. If you are a member of the Settlement Class, you may need to submit a Proof of Claim Form to receive your award. Please see [INSERT SETTLEMENT WEBSITE] for a copy of the Proof of Claim Form or call [INSERT SETTLEMENT PHONE NUMBER] to request a Proof of Claim Form be mailed to you. Class Counsel also will ask that the Court award up to $787,500 in attorneys' fees, $30,000 in expenses, and a service award of $15,000 for each of the eighteen (18) Class Representatives. The amounts awarded for attorneys' fees, expenses, and service awards will reduce the amounts available to the Class. The Court will decide whether to approve the Settlement at the Final Fairness Hearing on _____ at ____ p.m. at 500 Poydras Street in New Orleans, Louisiana, or by remote or virtual means, as ordered by the Court. This date may change; see [INSERT SETTLEMENT WEBSITE] for more information.

**BY ORDER OF THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**