<u>**EXHIBIT F**</u>
**PROOF OF CLAIM FORM AND INSTRUCTIONS**

**The Claims Administrator must receive this form no later than [INSERT BAR DATE] for it to be considered.**

*Cierra Rousseau-Dobard, et al. versus MOF-Preservation of Affordability Corp., et al.,*
United States District Court for the Eastern District of Louisiana, Civ. A. No. 2:23-cv-01433

**Please read all of the following instructions carefully before filling out your Claim Form.**

1.  Please review the Long Form Class Notice (the "Notice") and have the Notice with you when you complete your Proof of Claim Form. If you do not have the Notice, or if you misplaced it, a copy is available on the Settlement Website at [INSERT SETTLEMENT WEBSITE] or by calling the Claims Administrator at [INSERT SETTLEMENT PHONE NUMBER].

2.  Under the terms of the Settlement in this Class-Action lawsuit, you may be entitled to receive a monetary award if you leased residential property at The Willows apartment complex and sustained damages as a direct result of the living conditions at The Willows apartment complex at any time between January 1, 2014, and the present. If you wish to receive this relief and you did not lease residential property at The Willows apartment complex on [insert date of list to be used for mailing], you must timely submit a completed this Proof of Claim Form to receive monetary compensation.

3.  If you would like to receive a monetary award, complete the form below. Please type or print legibly in black ink.

4.  If you desire an acknowledgment of receipt of your Proof of Claim Form, send it by Certified Mail, Return Receipt Requested.

5.  To submit the Proof of Claim Form, you **must do one of the following**: (i) complete an electronic Proof of Claim Form and submit it via the Settlement Website at [INSERT SETTLEMENT WEBSITE] on or before [INSERT BAR DATE]; or (ii) complete a paper Proof of Claim Form and send it via fax to [INSERT SETTLEMENT FAX NUMBER], via United States Mail, postage prepaid to [INSERT SETTLEMENT MAILING ADDRESS], or via e-mail to [INSERT SETTLEMENT E-MAIL ADDRESS] by [INSERT BAR DATE].

6.  Once your Proof of Claim Form is received, the Claims Administrator will review the Claim Form for compliance.

7.  Keep a copy of your completed Proof Claim Form for your records. If your Claim is rejected, the Claims Administrator will notify you by U.S. Mail or e-mail of the rejection and the reasons for such rejection.

**CLAIM INFORMATION**

Claimant Name:                                    Phone Number:

_____    _____
Street Address:                                    Email Address:

_____    _____
City, State, Zip Code:

_____    _____

Complete the form below by listing List each and every date by month and year between January 1, 2014, and the present that you leased residential property at The Willows apartment complex and describe the damages you experienced as a direct result of the living conditions at the Willows apartment complex, for example water leaks, mold, rodent infestation, dilapidated and failing building structures, lack of maintenance, severe crime, lack of security, and lack of cleanliness. If additional space is required, please provide the information requested below on a separate page.

| Date(s) | Location Address (MUST including apartment/unit #) | Damages |
|---|---|---|
| _____ / _____ <br> **(Month)    (Year)** | | |
| _____ / _____ <br> **(Month)    (Year)** | | |
| _____ / _____ <br> **(Month)    (Year)** | | |
| _____ / _____ <br> **(Month)    (Year)** | | |
| _____ / _____ <br> **(Month)    (Year)** | | |
| _____ / _____ <br> **(Month)    (Year)** | | |

I declare under penalty of perjury the foregoing is true and correct to the best of my recollection and knowledge.

Signature: _____          Date: _____

Print Name: _____

If you have any questions about this form or the Settlement, please contact the Claims Administrator at:

Claims Administrator
[INSERT SETTLEMENT MAILING ADDRESS]
[INSERT SETTLEMENT PHONE NUMBER]
[INSERT SETTLEMENT WEBSITE]

You may also contact Class Counsel at:

**Jacob D. Young**,
Attorney at Law
Herman & Young

1100 Poydras St
Suite 1200
New Orleans, LA 70163
Telephone: (504) 581-7068
Facsimile: (504) 321-0576
jacob@hermanandyoung.com

**Megan Kiefer**
Attorney at Law
Kiefer & Kiefer
1100 Poydras St., Suite 1300
New Orleans, La. 70163
Telephone: (504) 828-3313
Telefax: (504) 828-0024
megan@kieferlaw.com

# **Please do not contact Defendants, the Court, or the Court Clerk's Office about the Settlement.**