**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CIERRA ROUSSEAU-DOBARD, ET AL** | **CIVIL ACTION** |
|     **Plaintiffs** | **NO. 23-1433** |
| | |
| **VERSUS** | **JUDGE BARRY W. ASHE** |
| | |
| **MOF-PRESERVATION OF AFFORDABILITY** | |
| **CORPORATION, ET AL** | **MAG. JUDGE DONNA** |
|     **Defendants** | **PHILLIPS CURRAULT** |

---

## MOTION FOR FINAL APPROVAL OF SETTLEMENT

NOW INTO COURT, comes Jacob D. Young of the Herman & Young law firm; and

Megan Kiefer of the Kiefer & Kiefer law firm, co-counsel of record in this matter on behalf of the

plaintiffs, CIERRA ROUSSEAU-DOBARD, MICHAEL BOARD, BRITTANY HARRIS,

NICOLE JONES, CHELSI NORA, and BEVERLY WILLIAMS, who respectfully file this motion

in accordance with the Court's Order (Doc. 54) for final approval of the settlement in this matter.

Respectfully submitted by:
**HERMAN & YOUNG**

  **s/ *Jacob D. Young***
JACOB D. YOUNG, Bar No. 34845
1200 Energy Centre, 1100 Poydras Street
New Orleans, LA  70163
Telephone: (504) 238-5050
Facsimile: (504) 321-0576
Email:  jacob@hermanandyoung.com

MEGAN KIEFER (Bar No. 32882)
Kiefer & Kiefer
1100 Poydras St., Suite 1300
New Orleans, LA   70163
Telephone: (504) 828-3313
Telefax: (504) 828-0024
megan@kieferlaw.com
**CLASS *COUNSEL FOR PLAINTIFFS***

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading shall be served on all parties via the Court's electronic filing system on this 19th day of June, 2026.

*s/   Jacob D. Young*