## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CIERRA ROUSSEAU-DOBARD, ET AL**<br>　　　　　　**Plaintiffs** | **CIVIL ACTION**<br>**NO. 23-1433** |
| **VERSUS** | **JUDGE BARRY W. ASHE** |
| **MOF-PRESERVATION OF AFFORDABILITY**<br>**CORPORATION, ET AL**<br>　　　　　　**Defendants** | **MAG. JUDGE DONNA**<br>**PHILLIPS CURRAULT** |

---

### MEMORANDUM IN SUPPORT OF
### MOTION FOR FINAL APPROVAL OF SETTLEMENT

**MAY IT PLEASE THE COURT**:

Jacob D. Young of the Herman & Young law firm; and Megan Kiefer of the Kiefer & Kiefer law firm, co-counsel of record in this matter on behalf of the plaintiffs, CIERRA ROUSSEAU-DOBARD, MICHAEL BOARD, BRITTANY HARRIS, NICOLE JONES, CHELSI NORA, and BEVERLY WILLIAMS, file this Memorandum in Support of Motion for Final Approval of Settlement in accordance with the Court's Order (Doc. 54).

### I.　　PRELIMINARY APPROVAL

The proposed settlement was subject of Joint Motion for Preliminary Approval (Doc. 53) and preliminarily approved by the Court on March 25, 2026. The substantive and procedural issues are unchanged. Thus, the current Motion for Final Approval provides update of the notice, class administration, and other information relevant to the preliminary schedule contained in the Court's order of preliminary approval (Doc. 54, paragraph 9).

## II.    NOTICE TO CLASS

In its prior Order, the Court set forth a detailed schedule of notice for the class. This included disclosure by Defendants of all known class members, mailings to same, and publication in multiple periodicals of record. These provisions were designated to ensure sufficient notice to the class. All of these provisions have been thoroughly met.

### a.    Class Member Contact Information and Mailing

Defendant provided to Class Counsel the names of all current or former Willows residents in their possession. The list contained 1154 total names. However, 235 of those 1154 were known to be minors and, thus, associated with other residents. Notices to these minors would be included with those to their parents and/or custodians.

Of the 959 non-minor residents, Defendants were in possession of addresses for a maximum of 234. Those 234 were listed as current residents of the Willows. The claims administrator took steps to locate addresses for the remainder.

On April 30, 2026, the claims administrator sent the first round of notices to all known residents for which addresses were obtained. On May 14, 2026, the claims administer sent the second round of notices to all known residents for which addresses were obtained. This included numerous updated addresses due to returns from the initial notice(s).

### b.    Publication

Class notice was published in both the New Orleans Times Picayune and Louisiana Weekly. Notice in the Times Picayune ran on May 1, 2026. Notice in the Louisiana Weekly ran from May 4th to May 10th, 2026.

### III.   CLAIM FORMS AND CLASS ADMINISTRATION

The class notice and proposed settlement does not require that class members execute a proof of claim form to receive compensation. Nevertheless, ninety-four (94) proof of claim forms have been submitted. Of those, fifteen (15) were submitted by persons who were not listed on the information provided by Defendant(s), indicating that publication was effective.

There has been one person who has submitted an opt-out. This individual was not listed on the residents list provided by Defendant. The opt-out was extended to June 22nd to allow increased opportunity for opt-out.

### IV.   NO OBJECTION TO THE PROPOSED SETTLEMENT

There has been no objection or notice of intent to object filed with the Court. Nor has nor objection or intent to object been received by claims administrator or class counsel.

### V.   FINAL APPROVAL IS APPROPRIATE

The proposed settlement has been the subject of robust notice, positive response, a singular opt-out, and no objection. The basis for settlement raised in the preliminary approval motion remains.  There has been no objection opposing the proposed settlement. All requirements of the preliminary approval schedule have been met.

Class counsel respectfully suggests that Final Approval is warranted.

**SIGNATURE AND SERVICE ON NEXT PAGE**

Respectfully submitted by:
**HERMAN & YOUNG**


  *s/ Jacob D. Young*
JACOB D. YOUNG, Bar No. 34845
1200 Energy Centre
1100 Poydras Street
New Orleans, LA  70163
Telephone: (504) 238-5050
Facsimile: (504) 321-0576
Email:  jacob@hermanandyoung.com

*and*

MEGAN KIEFER (Bar No. 32882)
Kiefer & Kiefer
1100 Poydras St., Suite 1300
New Orleans, LA   70163
Telephone: (504) 828-3313
Telefax: (504) 828-0024
megan@kieferlaw.com

***COUNSEL FOR PLAINTIFFS***



## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading shall be served on all parties via the Court's electronic filing system on this 19th day of June, 2026.


*s/   Jacob D. Young*