# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CIERRA ROUSSEAU-DOBARD, ET AL** | **CIVIL ACTION** |
| Plaintiffs | **NO. 23-1433** |
| | |
| **VERSUS** | **JUDGE BARRY W. ASHE** |
| | |
| **MOF-PRESERVATION OF AFFORDABILITY** | |
| **CORPORATION, ET AL** | **MAG. JUDGE DONNA** |
| Defendants | **PHILLIPS CURRAULT** |

---

## <u>ORDER</u>

Considering the foregoing Final Motion for Settlement Approval;

**IT IS HEREBY ORDERED** that the Court grants final approval of the proposed class settlement under the settlement terms approved by the preliminary approval Order (Doc 54) dated March 25, 2026.

NEW ORLEANS, LOUISIANA, THIS _____ DAY OF _____, 2026.


_____

**JUDGE BARRY W. ASHE**